NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-927


RONNIE DAVIS AND LENA DAVIS

VERSUS

DEMPSTER, INC., ET AL.


**********

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, NO. C-94-255
HONORABLE JOEL GERARD DAVIS, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Billie Colombaro Woodard, Marc T. Amy, and Billy Howard
Ezell, Judges.

AFFIRMED.

Roy Seale Halcomb, Jr.
Broussard, Bolton, Halcomb
P. O. Box 1311
Alexandria, LA 71309
(318) 487-4589
Counsel for: Plaintiffs/Appellants
Ronnie Davis
Lena Davis

**Robert Irwin Siegel**
**Gieger, LaBorde & Laperouse**
**701 Poydras St., 48th floor**
**New Orleans, LA 70139**
**(504) 561-0400**
**Counsel for: Defendant/Appellee**
**National Union Fire Insurance Co. of Pittsburgh, PA**

**Andrew Parker Texada**
**Stafford, Stewart & Potter**
**P. O. Box 1711**
**Alexandria, LA 71309**
**(318) 487-4910**
**Counsel for: Defendant/Appellee**
**Waste-Quip, Inc.**

**Michael D. Hislop**
**Bolen, Parker & Brenner**
**P.O. Box 11590**
**Alexandria, LA 71315-1590**
**(318) 445-8236**
**Counsel for: Defendant/Appellee**
**Zurich Insurance Company**

**Stephanie Bienvenu Laborde**
**Angela W. Adolph**
**Milling, Benson, Woodward**
**214 Third St., Suite 2B**
**Baton Rouge, LA 70801-1304**
**(225) 291-7300**
**Counsel for: Defendant/Appellee**
**Louisiana Insurance Guaranty Assoc.**